**Order filed, September 17, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00218-CR

———————

**DANIEL MICAH VERMILYEA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1335846**

## ORDER

The reporter's record in this case was due August 5, 2013. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. Volume 4 of the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Marcia Barnett, the court reporter, to file Volume 4 of the record in this appeal **within 20 days** of the date of this order.

PER CURIAM